UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK T. MINVIELLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SMILE SEATTLE INVESTMENTS, L.L.C., a Washington Limited Liability Company, et al., <br><br> Defendants. | No. C08-910Z <br><br> ORDER OF DISMISSAL AS TO EVERGREEN BANK ONLY |

Counsel having notified the Court of the settlement of this matter as between Plaintiffs and Defendant Evergreen Bank,

NOW, THEREFORE, IT IS ORDERED that Plaintiffs' claims against Defendant Evergreen Bank are DISMISSED with prejudice and without costs.

The Court STRIKES Defendant Evergreen Bank's Motion for Summary Judgment, docket no. 83, as moot.

Nothing in this Order shall affect Plaintiffs' claims against any other defendant. In the event settlement between Plaintiffs and Defendant Evergreen Bank is not perfected, such parties may move to reinstate the claims dismissed herein provided such motion is filed by September 4, 2009.

ORDER OF DISMISSAL - 1

IT IS SO ORDERED.

The Clerk of this Court is directed to send uncertified copies of this Order to all counsel of record.

DATED this 21st day of August, 2009.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2