UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK T. MINVIELLE and LYNNE J. MINVIELLE, individually and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>SMILE SEATTLE INVESTMENTS, L.L.C., et al.,<br><br>Defendants. | No. C08-910Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the settlement between Plaintiffs and Smile Seattle Investments, L.L.C., the Court STRIKES the deferred portions of the motion for summary judgment, docket nos. 75 and 76, as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 11th day of September, 2009.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

MINUTE ORDER - 1